UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

RASHEKE BOYD,

       Petitioner,

           – against –

PATRICK GRIFFIN, SUPERINTENDENT
SOUTHPORT CORRECTIONAL FACILITY
       Respondent.

----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 02 2014 ★

LONG ISLAND OFFICE

ORDER
11-CV-324 (JFB)

JOSEPH F. BIANCO, District Judge:

By letter dated December 9, 2013, petitioner Rasheke Boyd requests a status update and/or copy of the docket sheet, stating that he informed the Court that he had exhausted the ineffective assistance of trial and appellate counsel issue in state court and had submitted the relevant record to this Court on March 18, 2013. The Court has reviewed the docket sheet, a copy of which is included with this Order. There is no record that the Court received any information from petitioner in March 2013. The docket entry immediately preceding petitioner's December 9 letter is dated January 23, 2013.

IT IS HEREBY ORDERED that petitioner shall submit a copy of the state court record to this Court within thirty (30) days.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:      January 2, 2014
               Central Islip, NY