Rasheke Boyd, 06A4090
Cadre Program
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871-2000

FILED
U.S. CLERK'S OFFICE
E.D.N.Y.
★ JAN 15 2014 ★
LONG ISLAND OFFICE

January 9, 2014

Clerk of Court for the Hon. Joseph F. Bianco, Judge
U.S. District Court
Eastern District of New York
U.S. Courthouse, 225 Cadman Plaza East
Brooklyn, New York 11201

Re: Boyd v. Griffin (Writ of Habeas Corpus
    Case No.: 11-CV-324 (JFB)

Dear Sir/Madam:

   Please be advised I have received your letter dated January 2, 2014. I am faced with a dire situation as I am gathering and compiling the record you requested. I do not presently have funds in my account for postage and I am currently requesting an advance from the facility for this purpose. I am not sure how the record I submitted on march 18, 2013 was lost, however, I do have a receipt via disbursement from the facility for postage which is correctly addressed to this court. In the event that the facility (Southport Correctional) does not grant me the advance, I pray the court will allow me an extension to accumulate the funds I will need for postage. Further more, I would appreciate the courts assistance as I have encountered a tremendous amount of resistance when attempting to send out legal mail through this facility's mail room on numerous occasions.
   Thank you very much for your assistance in this matter.

RECEIVED
JAN 15 2014
EDNY PRO SE OFFICE

Respectfully submitted;
Rasheke Boyd
*Rashrh Bayl*

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: _____

NAME: _____  DATE: _____ 20 ____

CODE TYPE: [ ][ ][ ]

INMATE NUMBER: [ ][ ][ ][ ][ ][ ][ ]   "SHORT" NAME: [ ][ ][ ][ ]
FIRST INITIAL / FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER: [ ][ ][ ][ ][ ][ ]
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP: [ ]   AMOUNT $ [ ][ ][ ][ ][ ][ ]

SENT TO CODE (SEE TABLE B-6): [ ]   ITEM DESCRIPTION: _____

SENT TO OR PURCHASE FROM:
LAST NAME: Eric T. Schneiderman, Attorney General
FIRST NAME: _____ MI: ____ SUFF: ____
ADDRESS: Department of Law, The Capitol   APT. NO: ____
CITY: Albany   STATE: New York   ZIP CODE: _____

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT

APPROVED: _____ (SOURCE AREA)   DATE: _____
APPROVED: _____ (BUSINESS OFFICE)   DATE: _____
INMATE SIGNATURE: _____

FORM 2706 (REV. 8/93)   Original - Business Office   Yellow - Approving Office   Pink - Inmate

---

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES**
**DISBURSEMENT OR REFUND REQUEST**

CELL LOCATION: _____

NAME: Bushaba Boyd   DATE: _____ 20 ____

CODE TYPE: [ ][ ][ ]

INMATE NUMBER: [0][6][A][4][0][9][0]   "SHORT" NAME: [R][P][D][Y]
FIRST INITIAL / FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER: [ ][ ][ ][ ][ ][ ]
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP: [ ]   AMOUNT $ [ ][ ][ ][ ][ ][ ]

SENT TO CODE (SEE TABLE B-6): [ ]   ITEM DESCRIPTION: Postage Only

SENT TO OR PURCHASE FROM:
LAST NAME: Bianco   FIRST NAME: Joseph F.   MI: ____   SUFF: Judge
ADDRESS: U.S. Courthouse, _____   APT. NO: ____
CITY: Brooklyn   STATE: New York   ZIP CODE: 11201

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INMATE ACCOUNT

APPROVED: _____ (SOURCE AREA)   DATE: _____
APPROVED: _____ (BUSINESS OFFICE)   DATE: _____
INMATE SIGNATURE: Bushaba Boyd

FORM 2706 (REV. 8/93)   Original - Business Office   Yellow - Approving Office   Pink - Inmate

Case 2:11-cv-00324-JFB   Document 16   Filed 01/15/14   Page 3 of 3 PageID #: 84

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Rasheke Boyd   DIN: 06A4090

SOUTHPORT
★
Correctional Facility

02 1M   $ 00.46⁰
0004255402   JAN 13 2014
MAILED FROM ZIP CODE 14871

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JAN 15 2014
LONG ISLAND OFFICE

Clerk of U.S. District Court
East District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

USMS

"Legal"
mail