```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
RASHEKE BOYD,                      :
                                   :
            Petitioner,            :      ORDER
                                   :      11-CV-324 (JFB)
      – against –                  :
                                   :
PATRICK GRIFFIN, SUPERINTENDENT    :
SOUTHPORT CORRECTIONAL FACILITY    :
      Respondent.                  :
                                   :
----------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 30 2014 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

By letter dated January 9, 2014, petitioner Rasheke Boyd requests an extension of time to file a copy of the state court record with this Court. The Court received a copy of the record on January 23, 2014. Therefore, petitioner's motion for an extension of time is denied as moot.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     January 30, 2014
           Central Islip, NY