Clerk of court,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2014
LONG ISLAND OFFICE

2/3/14

Dear Sir/Madam,

I am writing to request a receipt of the record I sent to this court on 1/16/14 and to request a status update and or copy of docket Case #: 2:11-cv-00324-JFB.

Thank you for your assistance

Rasheke Boyd   Din: 06A4090

Southport correctional Facility
P.O. Box 2000
Pine City, New York 14871

*Rahuh Boyl* (signature)

**SOUTHPORT CORRECTIONAL FACILITY**
P.O. BOX 2000
PINE CITY, NEW YORK 14871-2000
NAME: Rasheke Boyd  DIN: 06A4090

SOUTHPORT
Correctional Facility

02 1M   $ 00.48⁰
0004255402   FEB 03 2014
MAILED FROM ZIP CODE 14871

Clerk of U.S. District Court
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2014 ★
LONG ISLAND OFFICE

"Legal mail"

11722#4438