# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



**PLEASE REPLY TO:**

PRO SE OFFICE / LONG ISLAND
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014
PH: 631-712-6060

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 06 2014 ★
LONG ISLAND OFFICE

TO:        Rasheke Boyd, #06A4090
           Southport Correctional Facility
           236 Bob Masia Dr.
           P.O. Box 2000
           Pine City, NY 14871-2000

FROM:      Pro Se Office, E.D.N.Y.
           By: /s/C.Vukovich

DATE:      February 6, 2014

SUBJECT:   11-CV-0324(JFB)


The Pro Se Office is in receipt of your letter in which you inquire about the status of the above-named case.

Enclosed please find an updated copy of your docket.


enc.