

OFFICE OF
## THE DISTRICT ATTORNEY
### NASSAU COUNTY

KATHLEEN M. RICE
DISTRICT ATTORNEY

APPEALS BUREAU
TAMMY J. SMILEY, CHIEF

March 5, 2014

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re:   Boyd v. Griffin et al
      11-CV-324 (JFB)

Dear Judge Bianco:

Please accept this letter as my Notice of Appearance as additional counsel in the matter of Boyd v. Griffin et al. On February 12, 2014, the Nassau County District Attorney's Office was served with Your Honor's Order of February 10, 2014, that respondent shall file a supplemental opposition, if desired, within thirty days from the date of the Order, addressing the petition for writ of habeas corpus on the grounds of ineffective assistance of appellate counsel.

I am the Assistant District Attorney who will now be handling the supplemental response to this petition, as the matter was reassigned to me today. There is now little time left in which to answer the claims and, at this time, I am in the process of writing for two state appeals, and am preparing for an appellate oral argument in state court. Because of the reassignment of the case and this press of this additional work, I respectfully request that our time to respond be extended an additional two weeks, from March 12, 2014 to March 26, 2014.

Thank you very much for your attention.

Respectfully Submitted,

Cristin N. Connell
Assistant District Attorney

cc:   Rasheke Boyd
      Southport Correctional Facility
      P.O. Box 2000
      Pine City, New York  14871-2000