UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                          :

RASHEKE BOYD,                     :

          Petitioner,          :

              – against –        :

                          :

PATRICK GRIFFIN, SUPERINTENDENT  :
SOUTHPORT CORRECTIONAL FACILITY  :
          Respondent.        :

                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 05 2013   ★

LONG ISLAND OFFICE

ORDER
11-CV-324 (JFB)

JOSEPH F. BIANCO, District Judge:

     By letter dated March 5, 2014, counsel for respondent requests an extension of time from March 12, 2014, to March 26, 2014, to file a supplemental opposition, if desired, addressing the petition for writ of habeas corpus on the grounds of ineffective assistance of appellate counsel.

     IT IS HEREBY ORDERED that the request is granted. Respondent's supplemental opposition, if any, shall be due by March 26, 2014. Plaintiff's supplemental reply, if any, is due within twenty (20) days of receipt of him by the supplemental opposition.

                    SO ORDERED.


                    JOSEPH F. BIANCO
                    UNITED STATES DISTRICT JUDGE

Dated:     March 5, 2014
            Central Islip, NY