UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHEKE BOYD,

                Petitioner,

    - against -

PATRICK GRIFFIN,

               Respondent.
------------------------------------------------------------X

**JUDGMENT**
CV-11-0324 (JFB)

      A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on May 7, 2014, denying the petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied; and that this case is hereby closed.

Dated: Central Islip, New York
         May 12, 2014

                                         DOUGLAS C. PALMER
                                         CLERK OF THE COURT

                             By:    /s / Catherine Vukovich
                                     Deputy Clerk

.